■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM A. VALERIO, Appellant. [817 NYS2d 573]—Appeal from a sentence of the Seneca County Court (Dennis F. Bender, J.), rendered June 27, 2005. Defendant was sentenced pursuant to the Drug Law Reform Act upon his 1997 conviction of criminal possession of a controlled substance in the first degree.

It is hereby ordered that the sentence so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.